COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     Jonathan B. Berryhill v. Michelle Leigh Berryhill

Appellate case number:   01-22-00352-CV

Trial court case number:  109759-F

Trial court:             300th District Court of Harris County

Date motion filed:        January 19, 2023

Party filing motion:      Appellant


It is ordered that the motion for rehearing filed by appellant is **denied**.


Judge's signature: _____/s/ Julie Countiss_____
                          Acting for the Court

Panel consists of: Justices Goodman, Countiss, and Farris.


Date:  __February 7, 2023_____